Fill in this information to identify the case:

United States Bankruptcy Court for the:

__Eastern__ District of __Louisiana__
(State)

Case number (if known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. Chapter of the Bankruptcy Code

   Check one:
   
   ■ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. Debtor's name: **Epic Companies, LLC**

3. Other names you know the debtor has used in the last 8 years

   Include any assumed names, trade names, or doing business as names.

4. Debtor's federal Employer Identification Number (EIN)
   
   ■ Unknown
   
   EIN ___ - _____

5. Debtor's address

   **Principal place of business**
   
   1080 Eldridge Pkwy
   Number   Street
   
   Suite 1300
   
   Houston          TX   77077
   City             State ZIP Code
   
   Harris
   County

   **Mailing address, if different**
   
   251 Little Falls Drive
   Number   Street
   
   c/o Corporation Service Company
   P.O. Box
   
   Wilmington       DE   19808
   City             State ZIP Code
   
   **Location of principal assets, if different from principal place of business**
   
   309 Dickson Road
   Number   Street
   
   Houma            LA   70363
   City             State ZIP Code

Official Form 205  Involuntary Petition Against a Non-Individual  page 1

Debtor  **Epic Companies, LLC**
Name

Case number (if known) _____

### 6. Debtor's website (URL)

http://www.epiccompanies.com/

### 7. Type of debtor

- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

### 8. Type of debtor's business

Check one:
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the types of business listed.
- ☐ Unknown type of business.

### 9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?

- ☒ No
- ☐ Yes. Debtor _____ Relationship _____
  District _____ Date filed _____ Case number, if known _____
  MM / DD / YYYY

  Debtor _____ Relationship _____
  District _____ Date filed _____ Case number, if known _____
  MM / DD / YYYY

## Part 3: Report About the Case

### 10. Venue

Check one:
- ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

### 11. Allegations

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*
- ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

### 12. Has there been a transfer of any claim against the debtor by or to any petitioner?

- ☒ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor  Epic Companies, LLC
Name

Case number (if known) _____

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Scurlock Electric, L.L.C. | Goods and services sold | $ 26,863.52 |
| | Preferred Sandblasting, L.L.C. | Goods and services sold | $ 31,676.62 |
| | Top Drive Services, L.L.C. | Goods and services sold | $ 34,904.43 |
| | | Total of petitioners' claims | $ 93,444.57 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
Scurlock Electric, L.L.C.
Name
1903 Grand Caillou Road
Number  Street
Houma          LA          70363
City           State       ZIP Code

Name and mailing address of petitioner's representative, if any
Quentin T. Walker, manager and member
Name
1903 Grand Caillou Road
Number  Street
Houma          LA          70363
City           State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/01/19
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

**Attorneys**

Mark C. Landry
Printed name
Newman, Mathis, Brady & Spedale, PLC
Firm name, if any
433  Metairie Road, Suite 600
Number  Street
Metairie       LA          70005
City           State       ZIP Code

Contact phone  504-837-9040   Email mlandry@newmanmathis.com

Bar number  7991

State  Louisiana

X  /s/Mark C. Landry
Signature of attorney

Date signed  08/02/2019
             MM / DD / YYYY

Debtor: Epic Companies, LLC

Case number (if known): _____

### Name and mailing address of petitioner
**Preferred Sandblasting, L.L.C.**
145 Shaffer Rd.
Houma, LA 70363

### Name and mailing address of petitioner's representative, if any
**Benjamin D. Deroche, manager**
145 Shaffer Rd.
Houma, LA 70363

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/1/2019

X _____ (Signature of petitioner or representative, including representative's title)

Printed name: **Mark C. Landry**
Firm name: Newman, Mathis, Brady & Spedale, PLC
433 Metairie Road, Suite 600
Metairie, LA 70005
Contact phone: 504-837-9040
Email: mlandry@newmanmathis.com
Bar number: 7991
State: Louisiana

X /s/Mark C. Landry
Signature of attorney
Date signed: 08/02/2019

---

### Name and mailing address of petitioner
**Top Drive Services, L.L.C. d/b/a Triton Services**
103 Ramey Road
Houma, LA 70360

### Name and mailing address of petitioner's representative, if any
**Bryan Bunn, manager and member**
103 Ramey Road
Houma, LA 70360

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/2/19

X _____ (Signature of petitioner or representative, including representative's title)

Printed name: **Mark C. Landry**
Firm name: Newman, Mathis Brady & Spedale, PLC
433 Metairie Road, Suite 600
Metairie, LA 70005
Contact phone: 504-834-9040
Email: mlandry@newmanmathis.com
Bar number: 7991
State: Louisiana

X /s/Mark C. Landry
Signature of attorney
Date signed: 08/02/2019