## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA (NEW ORLEANS)

| | | |
|---|---|---|
| **RE:** | * | **Case No. 19-12086** |
| | * | |
| **EPIC COMPANIES, LLC** | * | **Chapter 7** |
| *Debtor* | * | |
| | * | **Judge: Elizabeth W. Magner** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE,** that Thomas J. Lutkewitte of the law firm Favret, Demarest, Russo, Lutkewitte & Schaumburg, has been retained as attorney for Redfish Rentals, Inc. in the above referenced proceedings and pursuant to Sections 102(1), 342 and 1109(b) of the United States Bankruptcy Code and Bankruptcy Rules 2002 and 9010, the undersigned requests that all Notices given or required to be given and all papers served, or required to be served in this case, be given to and served upon the following:

THOMAS J. LUTKEWITTE, LA Bar #09196
FAVRET, DEMAREST, RUSSO, LUTKEWITTE & SCHAUMBURG
A Professional Law Corporation
1515 Poydras Street, Suite 1400
New Orleans, Louisiana 70112
Telephone No.: (504) 561-1006
Facsimile No.: (504) 523-0699
Email: tlutkewitte@favretlaw.com

**PLEASE TAKE FURTHER NOTICE,** that pursuant to Section 1109(b) of the United States Bankruptcy Code, the foregoing request includes not only the Notices and papers referred to in the Bankruptcy Code Sections and Bankruptcy Rules specified above, but also includes, without limitation, any plan of reorganization and objections thereto, and any orders, motions, applications, complaints, demands, hearing notices, order, disclosure statements, other pleadings, memorandums of briefs in support of the foregoing, any other documents brought before the court with respect to

these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise, in any and all notices relating to any of the foregoing.

New Orleans, Louisiana, this 7th day August 2019.

Respectfully submitted,

**FAVRET, DEMAREST, RUSSO, LUTKEWITTE & SCHAUMBURG**
A Professional Law Corporation

*/s/ Thomas J. Lutkewitte*
**THOMAS J. LUTKEWITTE, No. 09196**
**CONOR T. LUTKEWITTE, No. 34653**
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Telephone No.: (504) 561-1006
Facsimile No.: (504) 523-0699
Email: tlutkewitte@favretlaw.com
Email: clutkewitte@favretlaw.com
*Attorney for Redfish Rentals, Inc.*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA (NEW ORLEANS)

| | | |
|---|---|---|
| **RE:** | * | **Case No. 19-12086** |
| | * | |
| **EPIC COMPANIES, LLC** | * | **Chapter 7** |
| *Debtor* | * | |
| | * | **Judge: Elizabeth W. Magner** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Notice of Appearance and Request for Notice was served by the electronic case filing system for the United States Bankruptcy Court for the Eastern District of Louisiana, New Orleans Division, and by United States Mail; postage prepaid, this 7th day of August 2019, as follows:

Mr. Mark C. Landry
Newman, Mathis, Brady & Speadale, APLC
433 Metairie Rd., Ste. 600
Metairie, LA 70005

U.S. Trustee
Office of U.S. Trustee
400 Poydras St., Ste. 2110
New Orleans, LA 70130

*/s/ Thomas J. Lutkewitte*
THOMAS J. LUTKEWITTE